USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA : 19 Cr. 862-13 (VEC)

-against- : ORDER

Ezequiel Ospina

Defendant

------------------------------------X

VALERIE E. CAPRONI, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing as directed by Pretrial Services.

Dated: New York, New York
May 7, 2021

SO ORDERED:

VALERIE E. CAPRONI
United States District Judge