USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :

        -against-                    :       19-CR-862 (VEC)

                                      :       <u>ORDER</u>
   RAIMUNDO NIEVES, EZEQUIEL OSPINA,  :

                        Defendants.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference with Defendants Raimundo Nieves and Ezequiel Ospina is currently scheduled for Thursday, July 1, 2021 at 12:00 P.M., Dkt 422; and

WHEREAS on June 15, 2021, the Court granted Mr. Nieves's request to join the conference remotely, but required Mr. Nieves's counsel, Mr. Ospina, Mr. Ospina's counsel, and the Government to appear in person, *id.*;

IT IS HEREBY ORDERED that the status conference will be held remotely for all participants. All parties and any interested members of the public must attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 0862. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: June 28, 2021**
      **New York, NY**

                                                          **VALERIE CAPRONI**
                                                    **United States District Judge**