USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA        :

      -against-                          :         19-CR-862 (VEC)

:         ORDER
  RAIMUNDO NIEVES, EZEQUIEL OSPINA,    :

              Defendants.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 1, 2021, Defendants Raimundo Nieves and Ezequiel Ospina appeared for a telephonic status conference in this matter;

    WHEREAS at the conference, Mr. Nieves and Mr. Ospina waived in-person appearances;

    WHEREAS Mr. Ospina entered a not guilty plea on Counts 1, 2, 3, 14, and 15 of the Superseding Indictment (S5); and

    WHEREAS Mr. Nieves entered a not guilty plea on Counts 1, 2, and 3 of the Superseding Indictment (S5);

    IT IS HEREBY ORDERED that pretrial motions in this matter are due no later than **Wednesday, September 22, 2021**, responses in opposition are due no later than **Wednesday, October 20, 2021**, and replies in support of the motions are due no later than **Wednesday, October 27, 2021**. If a hearing is required, the date will be set after briefing is complete. The Court will schedule a trial in this matter for the first quarter of 2022. Once the Court has confirmed a trial date, the Court will enter a briefing schedule for motions *in limine*, requests to charge, and proposed *voir dire* questions.

    IT IS FURTHER ORDERED that given the complexities and delays associated with reviewing discovery, meeting with counsel, and discussing potential dispositions during the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays

outweigh Mr. Bonafe's and the public's interests in a speedy trial, and that exclusion of time between now and December 31, 2021 is warranted pursuant to 18 U.S.C. § 3161(h)(7).

**SO ORDERED.**

**Dated: July 1, 2021**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**