USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-                                            19-CR-862 (VEC)

ORDER

EZEQUIEL OSPINA,

                                      Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2021, the parties requested that the Court schedule a change-of-plea hearing; and

WHEREAS a change-of-plea hearing is currently scheduled for Monday, November 29, 2021 at 3:30 P.M., Dkt. 636.

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the change-of-plea hearing will be held on **Tuesday, November 30, 2021 at 3:00 P.M.** The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: November 23, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**