USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
| UNITED STATES OF AMERICA | : |
| | : |
| -against- | : | 19-CR-862 (VEC)
| | : |
| | : | ORDER
| EZEQUIEL OSPINA, | : |
| | : |
| Defendant. | : |
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 30, 2021, the parties appeared for a change-of-plea hearing; and

    WHEREAS Mr. Ospina entered a plea of guilty, which was accepted by the Court.

    IT IS HEREBY ORDERED that Mr. Ospina's sentencing is scheduled for **Monday, March 21, 2022, at 2:30 P.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that pre-sentencing submissions are due no later than **Wednesday, March 9, 2022**.

    IT IS FURTHER ORDERED that Mr. Ospina's bail conditions are continued pending sentencing. The Court finds, pursuant to 18 U.S.C. § 3145(c), that extraordinary circumstances exist due to the COVID-19 pandemic. One of the conditions of Mr. Ospina's bail is that he not use marijuana. Pre-trial Services is directed to report to the Court if future drug tests come back positive for any illegal drugs including marijuana.

    IT IS FURTHER ORDERED that Mr. Ospina must receive the second dose of the COVID-19 vaccination and file proof that he has received it by no later than **Wednesday, December 15, 2021**. If Mr. Ospina does not file proof that he received the second shot by the deadline, the Court will order that he immediately surrender into custody.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: November 30, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**