**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/26/2022

# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

April 26, 2022

<u>VIA ECF</u>

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

      Re: *United States v. Ezequiel Ospina,* Case No. 19-cr-862 (VEC)

Dear Judge Caproni,

      I represent Ezequiel Ospina in the above-captioned matter. I write to respectfully request a 60-day adjournment of Mr. Ospina's sentencing currently scheduled for May 12, 2022 at 2pm. I am seeking this request because my office continues to await responses for relevant documents. This is the second request for an adjournment of sentencing. The Government consent to this request.

      I thank the Court for its attention to this request.

                                                       Sincerely,

                                                        Daniel A. McGuinness

Cc: All counsel (via ECF)

---

Application GRANTED. Mr. Ospina's sentencing, currently scheduled for Thursday, May 12, 2022 at 2:00 P.M., is adjourned to **Thursday, July 14, 2022 at 11:00 A.M.** Pre-sentence submissions are due no later than **Thursday, June 30, 2022**. Given the two lengthy adjournments, the Court is unlikely to extend the deadlines further on this basis.

SO ORDERED.

*[signature]* Date: April 26, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE