# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

June 27, 2022

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/27/22
```

**MEMO ENDORSED**

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *United States v. Ezequiel Ospina,* Case No. 19-cr-862 (VEC)

Dear Judge Caproni,

    I represent Ezequiel Ospina in the above-captioned matter. I write to respectfully request a 14-day adjournment of Mr. Ospina's sentencing currently scheduled for July 14, 2022 at 11am. I am seeking this request because I am currently recovering from COVID-19 and in the middle of a trial before the Honorable Alvin K. Hellerstein that was adjourned for that reason. The Government consent to this request.

    I thank the Court for its attention to this request.

Sincerely,

Daniel A. McGuinness

Cc: All counsel (via ECF)

---

Application GRANTED.

The sentencing hearing is rescheduled to 3 PM on Thursday, July 28, 2022.
SO ORDERED.

*Valerie Caproni* 06/27/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE