**MEMORANDUM ENDORSED**

# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

August 15, 2022

<u>VIA ECF</u>

Hon. Gregory H. Woods
United States District Judge, Part 1
United Stated States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/15/2022

Re: *United States v. Ezequiel Ospina,* Case No. 19-cr-862 (VEC)

Dear Judge Woods,

    I represent Ezequiel Ospina in the above-captioned matter. I am directing this application to your Honor as the presiding Part 1 judge because it is my understanding that Judge Caproni is on vacation this week. I write to respectfully request that Mr. Ospina's pretrial release status be modified to allow him to spend up to three nights at St. Mary's Hospital, 56 Franklin St. Waterbury CT due to the birth of his child. Pretrial and the Government do not object to this request.

    Mr. Ospina is presently subject to home detention with location monitoring. He was sentenced on August 8, 2022 and given a surrender date of October 31, 2022. At sentencing the impending birth of his child was discussed, with a planned due date of August 27, 2022. Yesterday, I was informed that Mr. Ospina's fiancé was being hospitalized at St. Mary's and it was likely labor would be induced. As such, I am respectfully requesting that Mr. Ospina be permitted to spend up to three days at St. Mary's Hospital related to the birth of his child.

    I thank the Court for its attention to this request.

Application granted.  The conditions of Mr. Ospina's release are modified as follows:  Mr. Ospina may leave his home to travel to and to stay at St. Mary's Hospital in Westbury, CT during the period between today and August 19, 2022.  Mr. Ospina must travel directly to and return directly from the hospital; no deviations are permitted.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 844.

Sincerely,

*/s/ Daniel A. McGuinness*

Daniel A. McGuinness

SO ORDERED.

Dated: August 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge
Part I