Case 1:19-cr-00862-VEC   Document 877   Filed 10/25/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022

# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

353 LEXINGTON AVE, SUITE 900, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

October 25, 2022

**MEMO ENDORSED**

VIA ECF

Hon. Valerie Caproni
United States District Court
40 Foley Square, Room 240
New York, NY 10007

Re: *United States v. Ezequiel Ospina,* Case No. 19-cr-862 (VEC)

Dear Judge Caproni,

    I represent Ezequiel Ospina in the above-captioned matter. I write to respectfully request a 14-day extension of Mr. Ospina's surrender date, currently scheduled for October 31, 2022. The reason for this request is to give additional time to Mr. Ospina and the mother of his child, Sandra White, to ensure their childcare plan is in place and secure prior to Mr. Ospina's absence. Ms. White is scheduled to return to work on October 26, 2022 for the first time since giving birth in August. The couple is planning to rely on a family member for childcare but would like to ensure it is a tenable arrangement and, if necessary, adjust childcare arrangements prior to Mr. Ospina's surrender. The Government and Pretrial take no position on this request.

    I thank the Court for its attention to this request.

Sincerely,

*/s/ Daniel A. McGuinness*

Daniel A. McGuinness

Cc: All counsel (via ECF)

---

Application GRANTED. Mr. Ospina's surrender date is **November 14, 2022.**

SO ORDERED.

*/s/ Valerie Caproni*
10/25/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE