```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   19 Cr. 862-13 (VEC)
    -against-                         :   ORDER
                                      :
Ezequiel Ospina                       :
                                      :
        Defendant                     :
                                      :
-------------------------------------X

VALERIE E. CAPRONI, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to permit the U.S. Probation Office in the District of Connecticut to remove the defendant's GPS monitoring bracelet on November 14, 2022, in advance of his surrender scheduled for that same date.

    Dated: New York, New York
           November 7, 2022

                                    SO ORDERED:

                                    _____   11/07/2022
                                    VALERIE E. CAPRONI
                                    United States District Judge